UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,                 :
                                          : 04 CR 773 (VM)
        -against-                         :    ORDER
                                          :
ANI SIMMONS,                              :
                                          :
                Defendant.                :
------------------------------------------X

**VICTOR MARRERO**, United States District Judge.

Defendant Ani Simmons was sentenced in the above-captioned case on November 15, 2007. The parties request unsealing of the information 04 CR 773. It is hereby

**ORDERED** that the Clerk of Court unseal information 04 CR 773.

**SO ORDERED.**

Dated:   New York, New York
         16 January 2008

                                          _____
                                              Victor Marrero
                                                 U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08