```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :  04 CR 773 (VM)
            -against-                    :     ORDER
                                         :
ANI SIMMONS,                             :
                                         :
                    Defendant.           :
-----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Defendant Ani Simmons ("Simmons") was sentenced in the above-captioned case on November 15, 2007. The parties request unsealing of the judgment. It is hereby

**ORDERED** that Clerk of Court unseal the judgment of Ani Simmons dated November 15, 2007.

**SO ORDERED.**

Dated:   New York, New York
         11 December 2007

                                            Victor Marrero
                                               U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
```