*Judge Marrero*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

**ORIGINAL**

UNITED STATES OF AMERICA,  :

**04 CRIM 773**

- v. -  :

ANI SIMMONS,  :   NOTICE OF INTENT TO
                    FILE AN INFORMATION

         Defendant.  :   04 Mag 471

- - - - - - - - - - - - - - - - x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         June 2, 2004



                                DAVID N. KELLEY
                                United States Attorney

           By:  _____
                Harry A. Chernoff
                Assistant United States Attorney

                AGREED AND CONSENTED TO:

           By:  _____
                Alberto A. Ebanks, Esq.
                Attorney for Ani Simmons

6/2/04