UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v. -                      :       04 Cr.

ANI SIMMONS,                       :

          Defendant.           :

- - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, and Title 18, United States Code, Sections 924(c) and 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: New York, New York
      August 2, 2004

ELECTRONICALLY FILED

0202